UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MITCHELL LIESMANN AND HOLLY LIESMANN,<br>    Plaintiffs,<br><br>v.<br><br>DRV, LLC,<br>    Defendant. | CAUSE NO. 3:23-CV-00370-DRL-MGG |

## JOINT MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE

Come now the Plaintiffs, Mitchell Liesmann and Holly Liesmann, by counsel, and Defendant, DRV, LLC, by counsel, and the parties jointly move the Court to dismiss Plaintiffs' Complaint with Prejudice.

WHEREFORE, the parties, by counsel, pray for an order of this court dismissing the Plaintiff's Complaint with Prejudice and for all other just and proper relief due in the premises.

/s/ Richard Dalton
Richard C. Dalton Texas Bar No. 24033539
Louisiana Bar No. 23017
P.O. Box 358
Carencro, Louisiana 70520
Counsel for Plaintiff

Dated: August 15, 2024

Andrew M. Hicks (23608-20)
Ashli Hunsberger (37324-71)
861 Parkway Ave.
Elkhart, Indiana 46514
Counsel for DRV, LLC

Dated: August 15, 2024